# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re**

**CONNIE MARIE KARPIAK**
**JOSEPH JOHN KARPIAK**

**Debtor(s)**

_____

In Chapter 13 Proceeding

No. 17-43257-MJH

**ORDER VALUING CITIBANK NA's SECURED CLAIM AT $1.00**

IT IS HEREBY ORDERED that the secured claim of Citibank NA for goods purchased on their Brand Source Credit Card is valued at $1.00 and Debtor may file a Proof of Claim on their behalf in this amount.

///end of order///

Presented by:

/s/ Ellen Ann Brown
_____
Ellen Ann Brown WSB 27992
Attorney for Debtor

ORDER CONFIRMING
CHAPTER 13 MODIFIED PLAN       1

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958